# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KAJEET, INC.,**<br><br>   Plaintiff,<br><br> v.<br><br>**GRYPHON ONLINE SAFETY, INC.,**<br><br>   Defendant. | C.A. No. 19-cv-2370-MN |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that Defendant had served the following by email on the counsel of record for Plaintiff on the date noted:

| **Date Served** | **Discovery Served** |
|---|---|
| August 4, 2021 | Defendants' First Set Of Common Interrogatories To Plaintiff |

Dated: August 5, 2021

<u>Of Counsel</u>:

Sanjeev Kumar
Hunt Pennington Kumar & Dula PLLC
609 Castle Ridge Road, Suite 315
Austin, TX 78746
Tel: (512) 766-6082

skumar@hpkdlaw.com

Respectfully Submitted,

*/s/ George Pazuniak*
George Pazuniak (No. 478)
O'Kelly & O'Rourke, LLC
824 North Market Street, Suite 1001A
Wilmington, DE 19801
Tel: (302) 478-4230
Email: GP@del-iplaw.com

*Counsel for Defendant*