

June 8, 2022

**VIA E-FILING**
The Honorable Sherry R. Fallon
J. Caleb Boggs Federal Building
844 N. King Street
Room 3124, Unit 14
Wilmington, DE 19801-3555

    Re:    ***Kajeet, Inc. v. Gryphon Online Safety, Inc.***
                  **C.A. No. 19-cv-2370-MN**

Dear Judge Fallon:

    Plaintiff's answering letter was due today at 11 a.m.  Plaintiff respectfully requests until 1 p.m. to file the letter.  Defendant consents to this request.  We apologize for not making the request sooner.

    We are available at the Court's convenience should Your Honor have any questions.

                                       Respectfully submitted,

                                       /s/ Brian E. Farnan

                                       Brian E. Farnan

cc: Counsel of Record (Via E-Filing)